UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

GLEN RUDY SOLOMON,

               Defendant.

Case No. CR22-71 TL

DETENTION ORDER

     Mr. Solomon is charged with four counts of Transmitting Threatening Communications in Interstate and Foreign Commerce, 18 U.S.C. § 875(c). On June 8, 2022, Mr. Solomon's detention hearing was held before the undersigned. The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Mr. Solomon poses a risk of danger due to his criminal history and the nature of the crimes charged.

2.     Mr. Solomon was not interviewed by pretrial services so little is known about his health, residency, employment, and ties to the community.

DETENTION ORDER - 1

3.     Mr. Solomon stipulated to detention.

4.     Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Solomon's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1)    Mr. Solomon shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    Mr. Solomon shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Solomon is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Solomon, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 8th day of June, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2